# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153625 & (58)(59)(60)(68)

SEJASMI INDUSTRIES, INC.,
      Plaintiff/Counter-Defendant-
      Appellee,

v

           SC: 153625
           COA: 328292
           Macomb CC: 2014-004273-CB

A+ MOLD, INC., d/b/a TAKUMI
MANUFACTURING COMPANY,
      Defendant/Cross-Defendant,

and

QUALITY CAVITY, INC.,
      Defendant/Counter-Plaintiff/Cross-
      Plaintiff/Third-Party Plaintiff-
      Appellant,

and

NKL MANUFACTURING, INC.,
      Third-Party Defendant.
_____/

On order of the Court, the motions for immediate consideration and the motion for leave to file brief amici curiae are GRANTED. The application for leave to appeal the April 5, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals. The motion for stay of trial court proceedings is DENIED.

VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2016



Clerk

a0628